IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUCAS OSTOLAZA (2),<br><br>　　　　Defendant. | Case No.: 23–CR-317 HSG<br><br>**ORDER TO CONTINUE STATUS AND EXCLUDE TIME** |

Based on the agreement of the parties in the stipulation above, the status hearing regarding preliminary hearing and arraignment presently set for December 11, 2024, at 2:00 p.m., is vacated. This matter is reset for status to January 15, 2025, at 2:00 p.m. Time is excluded from November 6, 2024, through January 15, 2025 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

IT IS SO ORDERED.

Dated: 12/9/2024



THE HO_____
United St_____

STIPULATION TO CONTINUE STATUS AND EXCLUDE TIME
*OSTOLAZA (2)*, CR 23–CR-317 HSG

4