IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUCAS OSTOLAZA,<br><br>Defendant. | Case No.:  23–CR-00317- HSG-2<br><br>**ORDER TO MODIFY RELEASE CONDITIONS** |

Based on the agreement of the parties and the reasons cited in the stipulation above, Mr. Ostolaza's bond is modified to allow him to travel to and from Utah for employment purposes. He must return by January 11, 2026, unless he seeks further leave of this Court. He must maintain contact with his Pretrial Services officer, provide proof of his schedule, return to the Northern District of California directly once the employment contract is complete, and attend mental health treatment while in Utah. All other conditions of his bond shall remain the same.

IT IS SO ORDERED.

Dated:    December 31, 2025

_____
THE HON. THOMAS S. HIXSON
United States Magistrate Judge