# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

LUCAS OSTOLAZA,

      Defendant.

**Case No.:** 23–CR-317-2 HSG

**ORDER TO CONTINUE STATUS ON SENTENCING**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the status on sentencing presently set for February 18, at 2:00 p.m., is vacated. This matter is reset for a status conference on February 25, 2026, at 1:30 p.m.

IT IS SO ORDERED.

Dated:    2/13/2026

THE HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION TO CONTINUE STATUS
*OSTOLAZA*, CR 23–CR-317-2 HSG

3